# EXHIBIT A

# Genzyme Charitable Access Program
## COOPERATION AGREEMENT

I hereby affirm that I have read and that I understand the Description of the Charitable Access Program (CAP Program) that is contained in the application for benefits under the CAP Program. In addition, I acknowledge that I have the right to ask Genzyme any questions that I have or may have concerning the Description of the CAP Program (the Description) or this Waiver. I hereby agree to take all actions that are or may be required of me pursuant to the Description and to otherwise conform to its terms.

**Waiver as to the CAP Program:** On the basis of the foregoing, I, on behalf of myself and my heirs, successors and assigns, hereby waive and release from any and all claims, damages and/or costs of whatever kind, whether legal or equitable and whether based on theories of contract, tort, strict liability or otherwise, that I may have now or in the future that may arise out of or that are related in any way to the above application for benefits from the CAP Program and/or any grant, denial, increase, decrease or termination of benefits made as a result of that application.

**Waiver as to the Prescription of the Drugs:** I understand that Genzyme Corporation is not involved in the determination of the medical necessity for or the prescription of the drug that may be provided to the patient under the CAP Program. Accordingly, I hereby waive and release from any and all claims, damages and/or costs of what ever kind, whether legal or equitable and whether based on theories of contract, tort, strict liability or otherwise, that I may have now or in the future that may arise out of or that are related in any way to the decision to prescribe the drug that may be the subject of any award to me under the CAP Program.

**Covenant Not to Sue:** In futherance of the foregoing waivers and releases of liability and in consideration for Genzyme's agreement to review the above application for benefits from the CAP Program, I hereby agree and covenant never to file or cause to be filed any lawsuit against Genzyme or any officer, director, employee, member organization, shareholder, volunteer, servant, contractor, subsidiary or parent corporation or agent of Genzyme or against any person consulted by Genzyme, including without limitation Genzyme Charitable Foundation, Inc., that is based on or is in any way related to the matters for which I, in this document, have waived and released liability.

**Extension of Waivers and Covenants Not To Sue to Others:** In each instance in this document where I have waived and released liability against, or covenanted not to sue, I hereby agree that the waiver and release of liability and/or covenant not to sue shall also extend to and insure to the benefit of any officer, director, employee, member organization, shareholder, volunteer, servant, contractor, subsidiary or parent corporation or agent of any person consulted by Genzyme Corporation, including without limitation Genzyme Charitable Foundation, Inc.

**No Warranties Either Expressed or Implied:** I further understand that no warranties, either expressed or implied, were made about the CAP Program, the benefits that might be awarded or if awarded continued, under the CAP Program. I recognize Genzyme's right to review, change or eliminate the CAP Program as a whole or my participation in it at any time.

**Severability:** If any term, convenant, provision, agreement, release, waiver or other obligation contained in this Waiver and Release shall be determined to be invalid or unenforceable, the remainder of this Waiver and Release shall remain in full force and not be affected thereby.

**Opportunity for Review of Waiver:** I acknowledge that prior to signing this Waiver and Release of Liability, I had the right to ask Genzyme any questions about, and review with me any aspect of and to have counsel of my choosing review, this Waiver.

**Titles of Paragraphs:** The titles of the paragraphs that appear in this Waiver and Release are for convenience only and do not constitute terms and conditions of this Waiver and Release of Liability.

---

_____   _____
(Signature of Patient)      (Print Name of Patient)
DATE: _____    Patient's Age: _____
Patient's Social Security: _____

1. _____
(Signature of Witness)      (Print Name of Witness)
DATE: _____

2. _____
(Signature of Witness)      (Print Name of Witness)
DATE: _____

**SIGNATURE OF CO-APPLICANTS**

We, the undersigned, hereby represent that we are either: (a) the parents of the Patient; or (b) have legal custody or guardianship over the Patient; or (c) that we claimed (or can claim) the patient as a dependent on our most recent (or next) federal income tax return; or (d) we have the legal right to act on behalf of the patient. We also affirm that, if we know of any other person who fits the description contained in the preceding sentence, we will disclose to Genzyme the name, address, phone number, relationship to the patient of that person, and any other appropriate information that Genzyme may request about that person.

We affirm that we have read and that we understand the Description of the CAP Program that is contained in the application for benefits under the CAP Program and the foregoing Waiver and Release of Liability. We also acknowledge that prior to signing this Waiver, we had the right to ask Genzyme any questions regarding this Waiver and the Description and to have Genzyme review with us any aspect of this Waiver and the Description. We also affirm that we have explained the Description of the CAP Program and foregoing Waiver and Release of Liability to the Patient. We hereby agree, on behalf of ourselves and the Patient, to take all actions that are or may be required of us pursuant to the Description of the CAP Program. We also agree on behalf of ourselves and the Patient, to be bound by all of the terms, conditions and covenants of the foregoing Waiver and Release of Liability.

_____   _____
(Signature of Co-applicant)   (Print Name of Co-applicant)

_____   _____
(Relationship to Patient)     (Print Relationship to Patient)

Witnesses:
1. _____
(Signature of Witness)      (Print Name of Witness)
DATE: _____

2. _____
(Signature of Witness)      (Print Name of Witness)
DATE: _____

_____   _____
(Signature of Co-applicant)   (Print Name of Co-applicant)

_____   _____
(Relationship to Patient)     (Print Relationship to Patient)
DATE: _____

Witnesses:
1. _____
(Signature of Witness)      (Print Name of Witness)
DATE: _____

2. _____
(Signature of Witness)      (Print Name of Witness)
DATE: _____