# EXHIBIT F



7-14-2009

Dear Patient,

I am writing to you in response to the recent event resulting in shortage of your IV
medications Fabrazyme or Cerezyme. It is my firm understanding that treatment with
enzyme replacement medications are only beneficial at doses studied. Any less than
recommended, the dosing results in an inadequate therapeutic treatment. I will not be
changing your prescription, decreasing your dosing or asking that you skip any doses of
enzyme replacement treatments. If you have any questions, please call me at my office.

Thank you,

Dr Jonathan Bernstein