# EXHIBIT I



Genzyme Corporation
500 Kendall Street
Cambridge, MA 02142
U.S.A.

Tel (617) 768-6573
Fax (617) 374-7423

Henri A. Termeer
Chairman and Chief Executive Officer

October 2009

I am writing to thank you for your patience during this difficult period of drug shortage for Cerezyme® (imiglucerase for injection) and Fabrazyme® (agalsidase beta) and to share an update on our progress in restoring production at the Allston Landing plant. I also want to offer my sincere personal apology for the difficulties this situation may have caused you, and to communicate about the series of steps we have taken to help assure that the current situation does not recur.

It has been a privilege to work closely with the Lysosomal Storage Disease community over my 25 years as CEO of Genzyme. All of us at Genzyme appreciate the impact enzyme replacement therapy can have on the life of a patient and understand our responsibility to ensure a safe and continuous supply.  We have overcome many challenges along the way and have been fortunate to celebrate some successes in our work together too, but the viral contamination in Allston has been the most significant challenge in our company's history.

In retrospect we now understand that in an attempt to meet the needs of the Gaucher, Fabry and Pompe patient communities, we strained our existing capacity. The consequence was that our inventory of enzyme fell to suboptimal levels, leaving us unable to meet the full demand during this period of manufacturing interruption.

Allston is now fully operational and we are currently on track. We know as a result of thorough in-process testing that the sanitization of the facility was successful. All bioreactors are running at scale and are performing well. The processing operations downstream are all online, and the final stage of production where we fill and finish the vials of Cerezyme and Fabrazyme are also fully functional.

We have taken steps to further reduce our risk of a viral contamination which includes more specific testing and plant structural modifications. These include expanded raw material and in-process testing, as well as process improvements to minimize potential future risk to the plant. We are continuing to test material from all finished lots and no evidence of Vesivirus 2117 has been detected. All released vials in the market will be required to meet our usual quality standards.

I have taken steps to strengthen and fundamentally change the manufacturing organization to improve operations worldwide and engaged independent, third party experts whose global expertise in quality systems will help us to carry out the needed changes quickly and efficiently. We are recruiting additional senior leadership for the Manufacturing Quality and Operations areas, and strengthening our capability to rapidly implement global, system-wide upgrades as they are developed.

We are investing more than $1 billion to quadruple our manufacturing operations. In 2006, we began designing a new Framingham, MA, USA manufacturing facility to allow for production of Cerezyme and Fabrazyme in addition to the Allston facility. The building is complete and the equipment is in.  We are working toward approval for commercial production of Fabrazyme in this facility in 2011 and of Cerezyme in 2012.  We moved all Myozyme® (alglucosidase alfa) production to Geel, Belgium to free up bioreactors in Allston. Myozyme made at the 4000 L scale was approved for use by the EMEA in February 2009 and we are working with health authorities to receive approvals around the world. Once approved, the additional

www.genzyme.com



manufacturing capacity in Framingham and Geel will provide additional and redundant supply for these medicines, and help allow us to restore optimal inventory levels for all three products. Using this additional capacity, we plan to keep six to nine months of inventory on hand for all three products at all times so we can ensure continuous supply independent from plant operations.

We recognize that this shortage has caused significant anxiety and difficulty for you. We are entirely focused on restoring Cerezyme and Fabrazyme supply and I am determined to recover our ability to meet our responsibilities and the expectations of the LSD community. We are on track: the first vials of Cerezyme were filled this month. They will be available for shipment starting the end of November. Fabrazyme is still expected to be available for shipment in late-December. We expect to resume levels of production sufficient to allow patients to resume normal dosing in the first quarter of 2010.

With sincere regards,

Henri A Termeer
Chairman and Chief Executive Officer

LSD-US-P032-10-09