# EXHIBIT N



**Genzyme Corporation**
500 Kendall Street
Cambridge, MA 02142

Tel 800-745-4447

March 25, 2011

RE: U.S. Supply of Fabrazyme® (agalsidase beta) for May 2011

Dear Patient,

Genzyme recently provided a global update on Fabrazyme supply via our supply website and we wanted to let you know what this means in the U.S.  Recently one specific "lot," a batch of finished vials, of Fabrazyme was rejected during quality assurance review because it did not meet release criteria.  This loss of Fabrazyme was related to conditions in the area of our Allston Landing, Massachusetts facility where some of the Fabrazyme we make is freeze-dried and put into vials – the "fill/finish" suite.  Fabrazyme sold in the U.S. is not filled and finished at Allston Landing, but rather at a contract manufacturing facility at another location.  Still, in order to help share the impact of this loss, some Fabrazyme that was originally destined for patients treated in the U.S. will be diverted to patients elsewhere.

What this means for you:

1) In the U.S., there is **no change to the March and April allocation** that we communicated in our letter dated January 21, 2011.  We will still be able to provide Fabrazyme as planned for the remainder of March and for April (one full 1mg/kg dose per patient, per month).
2) However, the loss of product described above means there is **a possibility that we will be unable to open the next Fabrazyme shipping window at the beginning of May 2011**.  Because of this uncertainty regarding supply timing in the month of May, your healthcare provider may wish to consider adjusting your infusion schedule in the coming weeks.  Should your healthcare provided choose flexible dosing, we expect to have sufficient 5mg Fabrazyme vials available in April to support dosing flexibility.
3) We realize that you are eager to have the information needed to plan your infusions.  We will contact you as soon as we have additional information about the timing of Fabrazyme availability beyond April.

As you know, last month we initiated a request process to allow a limited number of new patients to start Fabrazyme treatment.  We would like to remind the Fabry community that providing Fabrazyme treatment to a small number of new patients does not change the amount of Fabrazyme available for current patients.  The Fabrazyme request process does not have any impact on the timing of Fabrazyme availability in May.

**Please see accompanying Full Prescribing Information**                                    FZ-US-P086-03-11

General Information
The information in this letter is based on our current best estimate of Fabrazyme supply. Increasing the availability of Fabrazyme remains our highest priority.  At this time, we are still working with very limited inventory, so even minor changes to our current manufacturing plan can impact availability of Fabrazyme. We will continue to do our best to inform you of any shipping delays that might affect you or your infusion schedule.

For support regarding insurance and billing issues, infusion agency questions, or additional information about the supply of Fabrazyme, or to give Genzyme your feedback, please contact your Genzyme Case Manager at 1 (800) 745-4447, Option 3 or Medical Information at 1 (800) 745-4447, Option 2.

Sincerely,

Pamela di Cenzo, Vice President
Patient & Product Services

**Please see accompanying Full Prescribing Information**                                                                 FZ-US-P086-03-11